IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FORT GORDON HOUSING, LLC, \*
d/b/a Balfour Beatty \*
Communities, \*
 \*
Plaintiff, \*
 \*
v. \*
 \* CV 117-056
JAMARIO DANIEL and JANINA \*
DANIEL, \*
 \*
Defendants. \*
 \*
 \*

## WRIT OF POSSESSION

The above Defendant was duly served and failed to file a timely answer. Having held a hearing and heard the evidence, the Court **ORDERS** the United States Marshal or any other lawful officer to remove the Defendant from the premises of 1865 Hill Drive, Apt. B, Fort Gordon, Georgia 30905, together with his/her property found thereon, and deliver full and quiet possession to Plaintiff.

**ORDER ENTERED** at Augusta, Georgia this 13th day of July, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA