IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FORT GORDON HOUSING, LLC,
d/b/a Balfour Beatty
Communities,

    Plaintiff,

v.

JAMARIO DANIEL and JANINA
DANIEL,

    Defendants.

CV 117-056

## ORDER

The Clerk is **ORDERED** to **ENTER JUDGMENT** in favor of Plaintiff Fort Gordon Housing, LLC and against Defendants Jamario Daniel and Janina Daniel in the amount of **$7,691.00**. This is the sum of $5,596.00 of past due rent for the months of April, May, June, and July; $75.00 of late fees; $1,420.00 of attorneys' fees; and $600 of court expenses. The Clerk shall **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 13th day of July, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA