# United States District Court
## Southern District of Georgia

FORT GORDON HOUSING, LLC, d/b/a Balfour Beatty Communities,

    Plaintiff,

v.

JAMARIO DANIEL and JANINA DANIEL,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV117-056

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on July 13, 2017, judgment is ENTERED in favor of Plaintiff Fort Gordon Housing, LLC and against Defendants Jamario Daniel and Janina Daniel in the amount of $7,691.00. This civil action stands CLOSED.



July 13, 2017
Date

Scott L. Poff
Clerk

(By) Deputy Clerk